AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED US DISTRICT COURT
2006 MAY 18 P 3: 12
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

Blaine Flinders et al

v.

Workforce Stabilization Plan of the
Phillips Petroleum Company

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:04 cv 541 DAK

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendants and plaintiffs' cause of action is dismissed with prejudice.

May 18, 2006
Date

Markus B. Zimmer
Clerk

_(signature)_
(By) Deputy Clerk