SCOTT A. HAGEN (4840)
MICHAEL E. BLUE (5258)
LIESEL B. STEVENS (10431)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
 Telephone No.:  (801) 532-1500

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BLAINE FLINDERS and DAVID BROWN, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORKFORCE STABILIZATION PLAN OF PHILLIPS PETROLEUM COMPANY and JOSEPH HIGH,<br><br>Defendants. | **CLASS ACTION**<br><br>MOTION FOR PREJUDGMENT INTEREST, ATTORNEY'S FEES AND COSTS<br><br>Civil No. 2:04CV 00541<br><br>Judge:  Dale A. Kimball |

Plaintiffs Blaine Flinders and David Brown, on behalf of themselves and others similarly situated (the "Employees") file this motion for prejudgment interest, attorney's fees and costs.

The Employees move for an award of prejudgment interest that is calculated based on a beginning date of June 1, 2003, when non-represented employees received their WFSP benefits. The interest rate should be based on ConocoPhillips' own earnings on the funds wrongfully

withheld, i.e., its return on equity, which can be calculated from its publicly-disclosed financial reports. Finally, to provide full compensation and prevent unjust enrichment, the rate should be compounded quarterly. Calculated in this manner, prejudgment interest, as of September 30, 2007, amounts to $8,071,544, for a total (benefits plus interest) of $14,773,170.

The Employees seek attorney's fees pursuant to a specific provision of the WFSP Plan Document, which promises reimbursement of reasonable attorney's fees and costs to participants who incur fees in enforcing their rights under the Plan. The Employees have incurred reasonable fees of $75,829 plus a contingent fee of 10% on the total award.

This motion is based on the pleadings, the Declarations of Scott A. Hagen, Derk G Rasmussen, and Carla James, and on the accompanying memorandum in support.

DATED this 19 day of September, 2007.

                                      RAY QUINNEY & NEBEKER P.C.

                                      /s/ Scott A. Hagen
                                      Scott A. Hagen
                                      Michael E. Blue
                                      Liesel B. Stevens

                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing **MOTION FOR PREJUDGMENT INTEREST, ATTORNEY'S FEES AND COSTS** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

>Matthew M. Durham
>Justin B. Palmer
>Stoel Rives LLP
>201 South Main Street, Suite 1100
>Salt Lake City, Utah 84111


/s/ Doris Van den Akker

946016