SCOTT A. HAGEN (4840)
MICHAEL E. BLUE (5258)
LIESEL B. STEVENS (10431)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
 Telephone No.:  (801) 532-1500

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BLAINE FLINDERS and DAVID BROWN, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORKFORCE STABILIZATION PLAN OF PHILLIPS PETROLEUM COMPANY and JOSEPH HIGH,<br><br>Defendants. | **CLASS ACTION**<br><br>**MOTION FOR APPROVAL OF NOTICE TO CLASS MEMBERS OF SETTLEMENT AND AWARD OF ATTORNEY'S FEES AND COSTS**<br><br>Civil No. 2:04CV 00541<br><br>Judge:  Dale A. Kimball |

Pursuant to Rule 23(e)(1)(B) of the Federal Rules of Civil Procedure, Plaintiffs move for approval of the "Notice of Proposed Class Action Settlement" attached hereto as Exhibit A.  This motion is based on the accompanying Memorandum in Support of Motion for Approval of Notice to Class Members of Settlement and Award of Attorney's Fees and Costs.

A proposed order approving this notice is filed herewith.

DATED this 29th day of November, 2007.

                RAY QUINNEY & NEBEKER P.C.


                /s/ Scott A. Hagen
                Scott A. Hagen
                Michael E. Blue
                Liesel B. Stevens

                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I electronically filed the foregoing **MOTION FOR APPROVAL OF NOTICE TO CLASS MEMBERS OF SETTLEMENT AND AWARD OF ATTORNEY'S FEES AND COSTS** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

> Matthew M. Durham
> Justin B. Palmer
> Stoel Rives LLP
> 201 South Main Street, Suite 1100
> Salt Lake City, Utah  84111

/s/ Doris Van den Akker

956300