SCOTT A. HAGEN (4840)
MICHAEL E. BLUE (5258)
LIESEL B. STEVENS (10431)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
 Telephone No.:  (801) 532-1500

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BLAINE FLINDERS and DAVID BROWN, on Behalf of Themselves and Others Similarly Situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>WORKFORCE STABILIZATION PLAN OF PHILLIPS PETROLEUM COMPANY and JOSEPH HIGH,<br><br>              Defendants. | **CLASS ACTION**<br><br>**ORDER APPROVING NOTICE TO CLASS MEMBERS OF SETTLEMENT AND AWARD OF ATTORNEY'S FEES AND COSTS**<br><br>Civil No. 2:04CV 00541<br>Judge:  Dale A. Kimball |

Based on the Plaintiffs' motion to approve notice to class members of settlement and award of attorney's fees and costs, and good cause appearing therefor, it is hereby ordered that the notice prepared by class counsel is approved, and that such notice shall be sent to each class member by depositing the same in the U.S. Mail, postage prepaid, no later than November 30, 2007.

DATED this ___ day of November, 2007.

                        BY THE COURT:

                        _____
                        Hon. Dale A. Kimball
                        U.S. District Judge