SCOTT A. HAGEN (4840)
MICHAEL E. BLUE (5258)
LIESEL B. STEVENS (10431)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
 Telephone No.: (801) 532-1500

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BLAINE FLINDERS and DAVID BROWN, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORKFORCE STABILIZATION PLAN OF PHILLIPS PETROLEUM COMPANY and JOSEPH HIGH,<br><br>Defendants. | <u>**CLASS ACTION**</u><br><br>**MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND AWARD OF ATTORNEY'S FEES AND COSTS**<br><br>Civil No. 2:04CV 00541<br><br>Judge: Dale A. Kimball |

Plaintiffs Blaine Flinders and David Brown, on behalf of themselves and others similarly situated (the "Employees") file this motion for approval of the proposed settlement agreement, and attorney's fees and costs. This motion is based on the accompanying memorandum in support, the Declarations of Scott A. Hagen and Brian S. King, already on file with the Court, and on the Supplemental Declaration of Scott A. Hagen, filed herewith.

DATED this 3rd day of December, 2007.

                               RAY QUINNEY & NEBEKER P.C.

                               /s/ Scott A. Hagen
                               Scott A. Hagen
                               Michael E. Blue
                               Liesel B. Stevens

                               *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, I electronically filed the foregoing **MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND AWARD OF ATTORNEY'S FEES AND COSTS** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

> Matthew M. Durham
> Justin B. Palmer
> Stoel Rives LLP
> 201 South Main Street, Suite 1100
> Salt Lake City, Utah  84111

/s/ Doris Van den Akker

956309