Matthew M. Durham (6214)
Justin B. Palmer (8937)
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, Utah  84111
Telephone:  (801) 328-3131
Facsimile: (801) 578-6999

Attorneys for Defendant
 Workforce Stabilization Plan of
 Phillips Petroleum Company

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLAINE FLINDERS and DAVID BROWN, on behalf of themselves and others similarly situated,<br><br>                 Plaintiffs,<br><br>     v.<br><br>WORKFORCE STABILIZATION PLAN OF PHILLIPS PETROLEUM COMPANY and JOSEPH HIGH,<br><br>              Defendants. | **CLASS ACTION**<br><br>**ORDER GRANTING MOTION TO SEAL FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Case No. 2:04 CV 00541<br><br>Judge Dale A. Kimball |

Based upon Defendant's motion, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Findings of Fact and Conclusions of Law shall be

sealed to protect the privacy of the parties until such time as the parties submit briefs on January

15, 2008, and the court enters a final ruling on the issue.

DATED:  December 19, 2007.

BY THE COURT:

_____

Judge Dale A. Kimball